# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

IVAN ALEXEY LOPEZ GARDEA,

                Defendant.

Case No. 17cr2025-BAS

**JUDGMENT AND ORDER OF DISMISSAL**

Upon motion of the United States of America and good cause appearing,

IT IS HEREBY ORDERED that the Information (ECF No. 15) in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: January 3, 2018

_____
HON. CYNTHIA ANN BASHANT
United States District Judge